## 29990. DAVIS v. ALDERMAN.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED JUNE 25, 1975.

Charles Joseph Davis, *pro se.*
*H. Lamar Cole, District Attorney,* for appellee.

## 29884. DUNN v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED JULY 1, 1975.

Henry Dunn, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29913. CARTER v. RICKETTS.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED JULY 1, 1975.

Cecil W. Carter, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.